371 A.2d 1294

Big Daddy Spats, Inc., Appellant, v. Dickey.

Argued November 15, 1976. Theodore E. Breault, with him Egler and Reinstadtler, for appellant; Samuel L. Rodgers, with him Andrew W. Cummins, for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1295

Buchholz et al., Appellant, v. Municipal Sewer & Water Authority of Cranberry Township.

 Argued November 10, 1976. Christopher Lepore, with him Ronald P. Koerner, for appellant; Lee C. McCandless, with him McCandless, Krizner & Kemper, for appellee.

Order affirmed.

HOFFMAN, PRICE and SPAETH, JJ., would remand with leave to amend.